

January 2, 2020

<u>Via Registered Mail and Email barrett@stoneandchristy.com</u>
Barrett W. McFatter, Registered Agent
Troy Curran, President
2551 Roeder Avenue
Bellingham, WA 98225

    Re:  *Sal Jahagirdar v. The Computer Haus NC, Inc. d/b/a CityMac and Troy Curran, Individually*

Dear Mr. McFatter and Mr. Curran:

    Please be advised that The Law Offices of Michelle Gessner, PLLC has been retained by Sal Jahagirdar to represent him in his claims of failure to timely pay minimum wage for all hours worked, unpaid overtime, all wages owed as well as unauthorized and unlawful deductions from his final pay against The Computer Haus NC, Inc. d/b/a CityMac ("CityMac") and Troy Curran, individually. Please direct all future communications regarding Mr. Jahagirdar to the undersigned's attention at the Charlotte office address and telephone number provided below.

    This letter serves as a formal notice of your ongoing legal duty to preserve <u>any and all information relevant to the facts surrounding these claims</u>. CityMac has a duty at all times to preserve relevant data.

    Your duty to preserve evidence includes, at a minimum, the following:

- business records - including any and all records regarding Mr. Jahagirdar, including but not limited to payroll records, time keeping records, pay stubs, personnel files, including electronic data;
- paper, digital, or electronic files;
- data generated by and or stored on any of the company's and/or its employees' computers and storage media (e.g., hard disks, floppy disks, CDs, backup tapes, etc.);
- any other electronic data such as: voice mails, text messages, emails, digital/analog recordings, instant messages; and
- any related physical evidence;
- any form of video recordings (you must prevent the automatic deletion of video footage at all properties by preprogrammed deletion cycles).

    Violations of the legal duty described in this notice can result in severe sanctions being imposed by the Court for spoliation of actual evidence or potential evidence.

435 East Morehead Street • Charlotte, North Carolina 28202 • 704.234.7442
1213 Culbreth Drive, Suite 426 • Wilmington, North Carolina 28405 • 910.218.8268

      If CityMac is interested in discussing possible early resolution of this matter, please call or email me before Monday, January 6, 2020, otherwise we will proceed with litigation.

      Sincerely,

THE LAW OFFICES OF MICHELLE GESSNER, PLLC

*/s/ L. Michelle Gessner*

L. Michelle Gessner

LMG/ab
cc: Sal Jahagirdar