IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-33-MOC-WCM

| | |
|---|---|
| SHAILESH JAHAGIRDAR,  )<br>ALLEN ALLEN, KAMRI NORRIS,  )<br>JORDAN BLAIS, CONNOR JOHNSON,  )<br>ERIC WHEAT, GEORGE MCKENNA,  )<br>RAKIA GREEN, and ANDREW FREE,  )<br>*on behalf of themselves*  )<br>*and all others similarly situated*,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>THE COMPUTER HAUS NC, INC.  )<br>*doing business as* CityMac, TROY  )<br>CURRAN, and OCEAN TECH, INC.  )<br>*doing business as* CityMac  )<br>  )<br>Defendants.  )<br>_____  ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 109) filed by Shannon Sumerell Spainhour. The Motion indicates that Ms. Spainhour, a member in good standing of the Bar of this Court, is local counsel for Ocean Tech, Inc. and that she seeks the admission of Teruyuki S. Olsen, who the Motion represents as being a member in good standing of the Bar of the State of Washington. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 109) and **ADMITS** Teruyuki S. Olsen to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 2, 2021

W. Carleton Metcalf
United States Magistrate Judge