IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-33-MOC-WCM

| | |
|---|---|
| SHAILESH JAHAGIRDAR, ALLEN ALLEN, KAMRI NORRIS, JORDAN BLAIS, CONNOR JOHNSON, ERIC WHEAT, GEORGE MCKENNA, RAKIA GREEN, and ANDREW FREE, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> THE COMPUTER HAUS NC, INC. *doing business as* CityMac, TROY CURRAN, and OCEAN TECH, INC. *doing business as* CityMac <br><br> Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 110) filed by Shannon Sumerell Spainhour. The Motion indicates that Ms. Spainhour, a member in good standing of the Bar of this Court, is local counsel for Ocean Tech, Inc. and that she seeks the admission of Christopher Fargo-Masuda, who the Motion represents as being a member in good standing of the Bar of the State of Washington. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 110) and **ADMITS** Christopher Fargo-Masuda to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 2, 2021

W. Carleton Metcalf
United States Magistrate Judge