# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
### Civil Action No. 1:20-cv-0033

| | |
|---|---|
| **SHAILESH JAHAGIRDAR,** *et. al* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **THE COMPUTER HAUS NC, INC.** ) <br> **d/b/a CITYMAC,** *et. al,* ) <br> ) <br> **Defendants.** ) <br> _____ ) | **MOTION TO DISMISS DEFENDANTS AMBER CURRAN AND BRANDY CURRAN'S MOTION TO DISMISS** |

Defendants Amber Curran and Brandy Curran hereby submit this Motion to Dismiss. Defendants submit that Plaintiffs have failed to allege sufficient facts to establish personal jurisdiction over them and dismissal is therefore mandated by Federal Rule of Civil Procedure 12(b)(2). Defendants further submit that there is no subject matter jurisdiction over the Plaintiffs' Fraudulent Transfer claim and that the claim must be dismissed pursuant to Rule 12(b)(1). Defendants respectfully request this Court enter an Order granting this Motion dismissing them from this action and dismissing Plaintiffs' Fraudulent Transfer claim.

This the 12th day of October, 2021.

/s/ Jonathan W. Yarbrough
Jonathan W. Yarbrough
N.C. State Bar No. 21316
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
84 Peachtree Road, Suite 230
Asheville, NC 28803
Telephone: (828) 277-5137
Facsimile: (828) 277-5138
jyarbrough@constangy.com

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing **MOTION TO DISMISS** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Michelle Gessner, NCSB
michelle@mgessnerlaw.com

Nicole Katherine Haynes
nicole@mgessnerlaw.com

John Grover Hutchens, III
johnny@mgessnerlaw.com

This the 12th day of October, 2021.

/s/ Jonathan W. Yarbrough
Jonathan W. Yarbrough
N.C. State Bar No. 21316
CONSTANGY, BROOKS,
SMITH & PROPHETE, LLP
84 Peachtree Road, Suite 230
Asheville, NC 28803
Telephone: (828) 277-5137
Facsimile: (828) 277-5138
jyarbrough@constangy.com