IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-33-MOC-WCM

| | | |
|---|---|---|
| SHAILESH JAHAGIRDAR, ALLEN ALLEN, KAMRI NORRIS, JORDAN BLAIS, CONNOR JOHNSON, RAKIA GREEN, and ANDREW FREE, *on behalf of themselves and all others similarly situated*, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| THE COMPUTER HAUS NC, INC. *doing business as* CityMac, TROY CURRAN, OCEAN TECH, INC., *doing business as* CityMac, ZEPHYR INVESTMENTS, INC., *a Washington Corporation*, TS LEASING, LLC, *a Washington limited liability company*, GREEN VAULT, INC., *a Washington Corporation*, CURRAN RANCH, NORTHERN PASSAGE, INC., SALISH SEA, LLC, CURRAN HOLDINGS, LLC, *a Delaware Corporation,* MARK CURRAN, CURRAN BROTHERS, LLC, *a Michigan Corporation*, BRANDY CURRAN, AMBER CURRAN, OCEAN DANCE, *a Cayman Islands foreign registered entity* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) ) | |

This matter is before the Court following a February 22, 2022 video conference with counsel for the parties to discuss the logistics of the upcoming judicial settlement conference.

A judicial settlement conference is set for **Tuesday, March 8, 2022 beginning at 9:00 a.m.**

As discussed during the February 22, 2022 conference, Plaintiffs' counsel and Plaintiff Shailesh Jahagirdar will participate in the judicial settlement conference. Other named class representatives will be informed of the conference by Plaintiffs' counsel and may also participate if they so choose. Plaintiff(s) and their counsel may appear remotely or in person.

Defense counsel and Defendant Troy Curran will participate on behalf of all Defendants. Mr. Curran and his counsel will appear in person.

As also discussed, each side is directed to submit a confidential settlement memorandum to the undersigned's chambers. Each memorandum should be no longer than three (3) pages and is to be submitted no later than March 4, 2022.

Signed: February 23, 2022

W. Carleton Metcalf
United States Magistrate Judge