**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:20-cv-33-MOC-WCM**

| | |
|---|---|
| SHAILESH JAHAGIRDAR, et al.     ) | |
| ) | |
| ) | |
| **Plaintiffs,**     ) | |
| ) | |
| ) | |
| **vs.**     ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| THE COMPUTER HAUS NC. INC.,     ) | |
| d/b/a/ CITYMAC, et al.     ) | |
| ) | |
| **Defendants.**     ) | |
| _____) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Approve Class Notice.

(Doc. No. 221).

As discussed at oral argument and in written correspondence, counsel for the parties were

able to work out the details of class notice among themselves. Class notice has now been sent to

members of the class. Therefore, this Motion is **DENIED** as moot.

Signed: May 6, 2022

Max O. Cogburn Jr
United States District Judge