IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-33-MOC-WCM

| | |
|---|---|
| SHAILESH JAHAGIRDAR, ALLEN ALLEN, ) <br> KAMRI NORRIS, JORDAN BLAIS, ) <br> CONNOR JOHNSON, RAKIA GREEN, ) <br> and ANDREW FREE, ) <br> *on behalf of themselves and all others* ) <br> *similarly situated,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE COMPUTER HAUS NC, INC. *doing* ) <br> *business as* CityMac, TROY CURRAN, ) <br> OCEAN TECH, INC., *doing business* ) <br> *as* CityMac, ZEPHYR INVESTMENTS, INC., ) <br> *a Washington Corporation*, TS LEASING, LLC,) <br> *a Washington limited liability company*, ) <br> GREEN VAULT, INC., *a Washington* ) <br> *Corporation*, CURRAN RANCH, LLC, ) <br> NORTHERN PASSAGE, INC., ) <br> SALISH SEA, LLC, CURRAN ) <br> HOLDINGS, LLC, *a Delaware Corporation,* ) <br> MARK CURRAN, CURRAN BROTHERS, LLC,) <br> *a Michigan Corporation*, BRANDY CURRAN, ) <br> AMBER CURRAN, OCEAN DANCE, ) <br> *a Cayman Islands foreign registered entity* ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on Plaintiffs' Motion for Leave to File a

Surreply in Opposition of Defendants' Motions for Judgment on the Pleadings

(the "Motion," Doc. 280).

Plaintiffs request leave to file a surreply in opposition to (1) a Motion for Judgment on the Pleadings filed by Defendants Mark Curran and Curran Brothers, LLC and (2) a Motion for Judgment on the Pleadings filed by Defendants Brandy Curran and Amber Curran. Docs. 266, 269. The proposed surreply is two pages long and purports to respond to both Motions for Judgment on the Pleadings. Doc. 280-1.

The Motion stated that Plaintiffs requested Defendants' position on the relief sought but that no response was received by the time the Motion was filed, and that Plaintiffs would "supplement with defense counsel's position if received." Doc. 280 at 2. Plaintiffs have not supplemented the Motion, and the deadline for Defendants to file an opposition to Plaintiffs' request has passed. Consequently, the undersigned considers the Motion to be unopposed.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to File a Surreply in Opposition of Defendants' Motions for Judgment on the Pleadings (Doc. 280) is **GRANTED**. Plaintiffs are directed to file their surreply (Doc. 280-1) on or before October 25, 2022.

Signed: October 21, 2022

_____
W. Carleton Metcalf
United States Magistrate Judge