# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# C/A NO. 1:20-CV-0033-MOC

SHAILESH JAHAGIRDAR, et. at,

    Plaintiffs,

v.

THE COMPUTER HAUS, INC., et al.,

    Defendants.

**EMPLOYER DEFENDANTS' REVISED PROPOSED EXHIBIT LIST**

**NOW COME** Defendants The Computer Haus NC, Inc. d/b/a CityMac, Troy Curran, Ocean Tech, Inc. d/b/a CityMac (collectively, the "Employer Defendants" and respectfully submit this Revised Proposed Exhibit List.

| Ex. No. | Exhibit Description | PLAINTIFFS' YES/NO | | |
|---|---|---|---|---|
| | | Stipulation Authenticity | Stipulation Admissibility | Objection |
| D – 1 | Payroll Records of CityMac | | | |
| D – 1A | Excerpts of Mr. Green's Time Entries | | | |
| D - 2 | 2017—2019 Time Entry Records of CityMac | | | |
| D – 2A | 2020 Time Entry Records of CityMac | | | |
| D – 2B | Mr. Jahagirdar Time Entry Exemplar | | | |
| D – 2C | Ms. Crouson Time Entry Exemplar | | | |
| D – 3 | Employee Handbook Exemplar | | | |
| D – 4 | Sales Records of CityMac | | | |
| D – 4A | Mr. Jahagirdar Sales Exemplar | | | |
| D – 5 | Ms. Crouson PayStubs January – March 2020 | | | |
| D – 6 | HR E-mails re Accuracy of Time Records | | | |
| D – 7 | E-mails from Mr. Jahagirdar re Time | | | |
| D – 8 | CityMac & Payroll Vendor E-mails | | | |
| D – 9 | CityMac Commissions Records | | | |
| D – 10 | CityMac Bank Records | | | |
| D – 11 | E-mail between CityMac & Ms. Gessner | | | |

**WHEREFORE**, the Employer Defendants respectfully submit the above exhibit list.

Respectfully submitted this 22nd day of February, 2023.

    TAYLOR ENGLISH DUMA LLP

    /s/ Nathan A. White
    Nathan A. White
    NC State Bar No. 48684
    13925 Ballantyne Corporate Place, Suite 200
    Charlotte, North Carolina 28277
    Tel: (704) 440-1275
    Fax: (770) 434-7376
    Email: nwhite@taylorenglish.com

    *Counsel for Defendants The Computer Haus NC, Inc., Troy Curran, Ocean Tech, Inc., Zephyr Investments, Inc., TS Leasing, LLC, Green Vault, Inc., Curran Ranch, LLC Northern Passage, Inc., Salish Sea, LLC, Curran Holdings, LLC, Brandy Curran, Amber Curran and Ocean Dance*

02504938