UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-33-MOC

SHAILESH JAHAGIRDAR, et. al,

    Plaintiffs,

v.

THE COMPUTER HAUS, INC., et al.,

    Defendants.

**FINAL JUDGMENT**

    **THIS MATTER** came before the Court for trial on February 21, 2023. The Court makes the following findings and enters a Final Judgment in this matter:

    Plaintiffs Shailesh Jahagirdar, Allen Allen, Jordan Blais, Connor Johnson, Rakia Green, Andrew Free, and Kamri Norris appeared by their attorney of record, L. Michelle Gessner of GessnerLaw, PLLC. Defendants The Computer Haus NC, Inc., Troy Curran, Ocean Tech, Inc., Zephyr Investments, Inc., TS Leasing, LLC, Green Vault, Inc., Curran Ranch, Northern Passage, Salish Sea, LLC, and Curran Holdings, LLC appeared through their attorney of record, Nathan Adam White of Tylor English Duma. Defendants Mark Curran and Curran Brothers, LLC appeared through their attorney Benjamin Paul Fryer of Ford & Harrison LLP.

    The trial was conducted in two phases. In Phase One, Counts I through XXI were tried to the jury. In Phase Two, Count XXVII and issues of alter ego, successor liability and partner liability were tried to the Court. The Court previously severed Plaintiff Jahagirdar's individual claims, Counts XXII - XXVI, and issued a stay as to those claims. A separate scheduling Order will be issued regarding Plaintiff Jahagirdar's remaining individual claims.

    For Phase One, a jury of eight (8) persons were impaneled and sworn. Witnesses were sworn and examined. The jury heard the evidence, the arguments of counsel and the instructions

of the Court. The jury was provided with a verdict form and answered the questions on the verdict form as indicated on Exhibit A entered at ECF No. 327 on March 1, 2023.

After the jury rendered its verdict, the Court commenced a bench trial for Phase Two on the issues of successor liability, partnership liability, alter ego and Count XXVII of Plaintiffs' Complaint. After Plaintiffs presented their evidence and rested, Defendants moved for a directed verdict. The Court granted the directed verdict of Mark Curran and Curran Brothers and denied the directed verdict as to the remaining Defendants, finding that Plaintiffs proved by a preponderance of the evidence that the following relationships exist:

| DEFENDANT #1 | RELATIONSHIP | DEFENDANT #2 |
|---|---|---|
| Ocean Tech, Inc. | Successor-in-Interest | The Computer Haus, Inc. |
| Zephyr Investments, Inc. | Alter Ego | Troy Curran |
| TS Leasing, LLC | Alter Ego | Troy Curran |
| Green Vault, Inc. | Alter Ego | Troy Curran |
| Curran Ranch | Alter Ego | Troy Curran |
| Northern Passage, Inc. | Alter Ego | Troy Curran |
| Salish Sea, LLC | Alter Ego | Troy Curran |
| Curran Holdings, LLC | Alter Ego | Troy Curran |
| Ocean Dance | Alter Ego | Troy Curran |
| Ocean Tech, Inc. | Alter Ego | Troy Curran |
| Amber Curran | Partner | Troy Curran |
| Brandy Curran | Partner | Troy Curran |

The Court further finds, as such, Defendants The Computer Haus NC, Inc., Troy Curran, Ocean Tech, Inc., Zephyr Investments, Inc., TS Leasing, LLC, Green Vault, Inc., Curran Ranch,

Northern Passage, Salish Sea, LLC, and Curran Holdings, LLC (collectively "Defendant Judgment Debtors") are jointly and severally liable to Plaintiffs for the judgment.

On Count XXVII, the Court found that the Defendant Judgment Debtors fraudulently conveyed the following assets between and among themselves after this action was filed:

| Apple Contract |
| --- |
| Building located at 2551 Roeder Avenue, Bellingham WA |
| 3635 Haxton Way, Bellingham WA or proceeds therefrom |
| Proceeds from ComputerHaus' PPP loan |
| Typhoon Marine Vessel |
| Cash transferred to Grand Cayman to register Typhoon |
| Cash transferred out of CityMac/Ocean Tech bank accounts |

**IT IS SO ORDERED.**

Signed: October 20, 2023

Max O. Cogburn Jr
United States District Judge