UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-33-MOC

| | |
|---|---|
| **SHAILESH JAHAGIRDAR, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| ) | |
| ) | |
| **THE COMPUTER HAUS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion.

Before trial in this matter, the Court severed and stayed Plaintiff Jahagirdar's individual claims against Defendants from the claims of the other members of the purported class. (See (Doc. No. 354 at 2 (Transcript of hearing held on February 16, 2023)). To provide a means for Jahagirdar to proceed with his individual claims against Defendants, the Clerk is instructed to reopen this action and assign a new case number for the individual claims brought by Plaintiff Jahagirdar in a separate action. The Clerk shall file the Fourth Amended Class and Collective Action Complaint (Doc. No. 166) in that action. No new filing fee will be required.

Signed: April 26, 2024

Max O. Cogburn Jr.
United States District Judge